

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

RECEIVED
JAN 15 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

January 15, 2008

<u>By Facsimile</u>

The Honorable Robert P. Patterson
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 2550
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08

Re: <u>United States</u> v. <u>Jose Manuel Lantigua</u>
    07 Cr. 836 (RPP)

Dear Judge Patterson:

    The Government respectfully submits this letter, with the consent of defense counsel, to request a two- to three-day adjournment of the pre-trial conference scheduled for today at 4:00 p.m. The parties are in the process of negotiating a plea, and the additional time will allow them to complete that process so that the Court may take the defendant's plea at the next conference. I understand from Chambers that Friday, January 18, 2008 at 4:00 p.m. may be an available time.

    Thank you for your consideration of this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney

                  By: _____
                        Thomas G. A. Brown
                        Assistant United States Attorney
                        (212) 637-2194

cc: Edgardo Ramos (by facsimile)

*So ordered,*
*Robert P. Patterson*
*USDJ*
*1/15/08*

TOTAL P.02