

# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, DC



RECEIVED
APR 22 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Edgardo Ramos
Attorney At Law
7 Times Square
New York, NY 10036
T: (212) 297-2452  F: (212) 916-2940

## MEMO ENDORSED

April 21, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

<u>Via Telecopy #(212) 805-7917</u>

Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York  10007

Re: <u>United States v. Jose Manuel Lantigua, 07-CR-0836-01 (RPP)</u>

Dear Judge Patterson:

I represent Mr. Lantigua, the defendant in the above-referenced case. Mr. Lantigua is currently scheduled to be sentenced by Your Honor on Thursday, April 24, 2008. I write to request that the sentence be adjourned to Thursday May 22, or any date thereafter convenient for the Court. The adjournment is necessary to allow the defendant additional time to determine whether to challenge certain offense conduct included in the Presentence Investigation Report.

I have conferred with AUSA Thomas Brown, and he has no objection to this request. No prior request for an adjournment of the sentencing has been made in this matter.

Respectfully submitted,

Edgardo Ramos

*[Handwritten endorsement: Application granted. Defendant has had since 3/18/08 to challenge offense conduct, so denied. Robert P. Patterson 4/23/08]*

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

ER:rj

71291687.1 053253-00000
April 21, 2008 4:54 PM

**DAY PITNEY** LLP

April 21, 2008
Ltr. to Honorable Robert P. Patterson
Page 2

cc:   (by regular mail)

    AUSA Thomas G.A. Brown
    U.S. Attorney's Office
    Southern District of New York
    One St. Andrew's Plaza
    New York, New York 10007

    U.S.P.O. Zondra Wilson
    U.S. Probation Department
    Daniel P. Moynihan United States Courthouse
    500 Pearl Street
    New York, New York 10007

Case:      United States v. Jose Manuel Lantigua
Index No.  07 Cr. 836 (RPP)

MEMO ENDORSEMENT READS:

*Application denied.*

*Defendant has had since 3/18/08 to challenge offense conduct.*

*So ordered.*

      *Robert P. Patterson, Jr., U.S.D.J., 4/23/08*